IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID WADE PRICE,

   Plaintiff,

    v.

WILLIAM H. MCCLAIN
Douglas County Judge, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-2691-TWT

ORDER

This is a pro se civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of October, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Price\r&r.wpd